AARON D. FORD
Attorney General
HEIDI H. DEMERS, Bar No. 17034C
Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1120
E-mail: hdemers@ag.nv.gov

*Attorneys for Jeremy Bean, Anthony Garcia, Brian Shultz and Julie Williams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RICHARD SELIGMAN,

Plaintiff,

v.

BEAN, *et al*,

Defendants.

Case No. 3:24-cv-00486-MMD-CSD

ORDER GRANTING

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Heidi H. Demers, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Richard Seligman, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 5th day of August 2025.

RICHARD SELIGMAN
*Plaintiff*

DATED this 5th day of August 2025.
AARON D. FORD
Attorney General

Heidi H. Demers, (Bar No. 17034C)
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED August 25, 2025

UNITED STATES DISTRICT JUDGE